Noah G. Hillen, ISB No. 7690
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 6538
Boise, Idaho 83707
Telephone (208) 297-5774
Facsimile (208) 297-5224
ngh@hillenlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>Paul Craig Renberg andJanine Renberg,<br><br>    Debtors. | Case No. 14-00146-TLM<br>Chapter 7<br><br>**NOTICE OF SALE OF PERSONAL PROPERTY BY TRUSTEE** |

---

**NOTICE OF SALE OF PERSONAL PROPERTY BY TRUSTEE AND OPPORTUNITY TO OBJECT AND FOR A HEARING**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **21** days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.**  Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

TO THE DEBTOR, DEBTOR'S ATTORNEY, CREDITORS AND OTHER PARTIES IN INTEREST:

   PLEASE TAKE NOTICE THAT the undersigned Trustee will sell the below described property in which the above entitled estate claims an interest pursuant to 11 U.S.C. § 363(b) F.B.R.P., 6004(b) F.B.R.P 2002 and L.B.R. 2002.1.  This sale will take place unless a written objection and request for hearing is received by the U.S. Bankruptcy Court (550 W. Fort St., MSC 042, Boise, ID 83724) and the Trustee (Noah G. Hillen, Trustee, P.O. Box 6537, Boise, ID 83707) on or before 21 days from the date of service of this notice.

   1.   **DESCRIPTION OF PROPERTY TO BE SOLD**:  Debtors' equity in utility trailer.

**NOTICE OF SALE OF PERSONAL
PROPERTY BY TRUSTEE - 1**

2.	**TYPE OF SALE**:	Public Auction
Pending offers from: Debtors for $200.00.

3.	**TERMS OF SALE**:  Cash

4.	**TIME AND PLACE OF SALE**:  May 20, 2014 at 9:30 a.m. 410 S. Orchard St. #172, Boise Idaho 83705

5.	**TREATMENT OF EXISTING LIENS**: Sale with all valid interests in the property to attach to the sale proceeds. Trustee is not aware of any liens encumbering the personal property to be sold.

6.	**VALUE OF PROPERTY TO BE SOLD**: The Trustee estimates the fair market value of the property is $200.00.

7.	AUTHORITY FOR CONDUCTING SALE: U.S.C. §363(b)

8.	**MISCELLANEOUS INFORMATION**: Estimated net proceeds to be retained by the estate: $200.00

This sale shall be effective immediately and the fourteen-day stay imposed by Bankruptcy Rule 6004(h) and other rules is hereby waived.

Date:  April 22, 2014

/s/ Noah G. Hillen
Noah G. Hillen
Chapter 7 Bankruptcy Trustee

**NOTICE OF SALE OF PERSONAL
PROPERTY BY TRUSTEE - 2**

## CERTIFICATE OF SERVICE

    I hereby certify that on this date as indicated below, I electronically filed the foregoing **NOTICE OF SALE OF PERSONAL PROPERTY BY TRUSTEE** with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individuals so noted below. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification*

- **US Trustee** ustp.region18.bs.ecf@usdoj.gov
- **Kristoffer Ryan Sperry** noticeks@olsendaines.com, noticeood@gmail.com;noticesod@gmail.com;ksperry@olsendaines.com

*Served by U.S. MAIL*

Paul and Janine Renberg
7904 S MCLINTOCK PLACE
MERIDIAN, ID  83642

BNC Notice to Creditor Matrix

             <u>/s/ Noah G. Hillen</u>
             Noah G. Hillen
             Date: April 22, 2014

**NOTICE OF SALE OF PERSONAL
PROPERTY BY TRUSTEE - 3**

United States Bankruptcy Court
District of Idaho

In re:                                                              Case No. 14-00146-TLM
Paul Craig Renberg                                                  Chapter 7
Janine Renberg
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0976-1           User: awilliams           Page 1 of 1           Date Rcvd: Apr 22, 2014
                               Form ID: pdf002           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2014.
db/jdb       +Paul Craig Renberg,   Janine Renberg,   7904 S McLintock Place,   Meridian, ID 83642-7176
4358450      +Altus Global Recovery,   43525 Ridge Park Dr. STE 300,   Temecula, CA 92590-3682
4358451      +American Express,   P.O. Box 981535,   El Paso, TX 79998-1535
4391531       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
4386236       Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
4358452       Chase,   P.O. Box 94014,   Palatine, IL 60094-4014
4358458      +JP Morgan Chase Bank,   c/o James Dimon, Pres/CEO,   270 Park Ave.,   New York, NY 10017-7924
4358461     ++NATIONSTAR MORTGAGE,   PO BOX 630267,   IRVING TEXAS 75063-0116
             (address filed with court: Nationstar Mortgage, LLC*,   c/o Jay Bray, CEO,   350 Highland Dr.,
               Lewisville, TX 75067)
4358463     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   POB 1800,   Saint Paul, MN 55101)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4358453       E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2014 00:50:53     Chevron Texaco,   P.O. Box 530950,
               Atlanta, GA 30353-0950
4358455       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 23 2014 00:50:44     Discover,   P.O. Box 29033,
               Phoenix, AZ 85038-9033
4374381       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 23 2014 00:50:44     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
4358456       E-mail/Text: bk@iccu.com Apr 23 2014 00:42:38     Idaho Central Credit Union,
               c/o Chris Hyer, CEO,   POB 2469,   Pocatello, ID 83206
4358457       E-mail/Text: cio.bncmail@irs.gov Apr 23 2014 00:42:41     IRS,   Centralized Insolvency Oper.,
               PO Box 7346,   Philadelphia, PA 19101-7346
4358459       E-mail/Text: bnckohlsnotices@becket-lee.com Apr 23 2014 00:42:40     Kohl's,   P.O. Box 30510,
               Los Angeles, CA 90030-0510
4358462      +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Apr 23 2014 00:43:03
               State Farm Insurance,   PO BOX 2746,   Jacksonville, FL 32232-2746
                                                                                             TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4358454       David Myers
4358460       Mark Renberg
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2014 at the address(es) listed below:
          Kristoffer Ryan Sperry   on behalf of Debtor Paul Craig Renberg noticeks@olsendaines.com,
           noticeood@gmail.com;noticesod@gmail.com;ksperry@olsendaines.com
          Kristoffer Ryan Sperry   on behalf of Joint Debtor Janine  Renberg noticeks@olsendaines.com,
           noticeood@gmail.com;noticesod@gmail.com;ksperry@olsendaines.com
          Noah G. Hillen    ngh@hillenlaw.com, nhillen@ecf.epiqsystems.com
          Noah G. Hillen    on behalf of Trustee Noah G. Hillen ngh@hillenlaw.com,
           nhillen@ecf.epiqsystems.com
          US Trustee    ustp.region18.bs.ecf@usdoj.gov
                                                                                             TOTAL: 5